Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>EDWARD GARCIA,<br><br>      Defendant. | NO. CR03-0125RSL<br><br>ORDER CONTINUING TRIAL DATE |

  The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

  1. Due to the age of the case, the parties are in need of additional time to locate witnesses, review the evidence, and follow-up on investigative leads.

  2. One of the Government's witnesses is experiencing health issues, and the additional time would help the witness address those health issues. This witness is an important witness to the Government's case.

  3. The Defendant has no objection to the continuance and will file a waiver of speedy trial no later than October 28, 2005.

  3. The ends of justice outweigh the best interest of the public and the Defendant in a speedy trial. That failure to grant a continuance based upon the circumstances would result in a miscarriage of justice in that both Government and

Order Continuing Trial Date /Garcia— 1
CR03-0125RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  defense counsel would not have adequate time to prepare the matter for trial. The
2  continuance provides each counsel a reasonable amount of time necessary for effective
3  preparation, taking into account the exercise of diligence. The continuance also allows
4  for continuity of counsel for the Defendant.
5      4.   The parties have requested and stipulated to a continuance.
6      IT IS HEREBY ORDERED that the trial date is continued from November 7,
7  2005 to November 28, 2005.
8      IT IS FURTHER ORDERED that pursuant to Title 18, United States Code,
9  Section 3161(h), the period of time from the date of this order to the new trial date is
10 excluded in the computation of time under the Speedy Trial Act.
11     DONE this 26th day of October, 2005.

_____
Robert S. Lasnik
United States District Judge

Presented by:

s/Bruce F. Miyake
BRUCE F. MIYAKE
Assistant United States Attorney


s/Robert W. Goldsmith/Per telephonic approval
ROBERT W. GOLDSMITH
Attorney for Edward Garcia

Order Continuing Trial Date /Garcia— 2
CR03-0125RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970