# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR03-125L |
| | ) |
| v. | ) ORDER ON MOTION |
| | ) FOR BRADY MATERIAL |
| EDWARD A. GARCIA | ) |
| | ) |
| Defendant. | ) |

THIS MATTER having come before the Court upon the Motion of the defendant in this case to produce Brady material (Dkt. # 88).

IT IS HEREBY ORDERED that the defendant's motion for Brady material Is GRANTED and the government is ordered to produce the 'ledgers' and statements by Coley to the King County prosecutor.

DONE this 2nd day of November, 2005

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER – 1