1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. CR03-125L |
| v. | ORDER ON GOVERNMENT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING MOTION TO COMPEL |
| EDWARD GARCIA, | |
| Defendant. | |

This matter comes before the Court on the "Government's Motion for Reconsideration of Order Compel [sic] Disclosure of Confidential Informant" (Dkt. # 83). Defendant has since pleaded guilty. IT IS HEREBY ORDERED that the Government's motion is DENIED as moot.

DATED this 4th day of January, 2006.

_____
Robert S. Lasnik
United States District Judge

ORDER ON GOVERNMENT'S MOTION
FOR RECONSIDERATION OF ORDER
GRANTING MOTION TO COMPEL